# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Randall Franklin Begay,<br><br>　　　　　　Defendant. | No. CR-15-08076-003-PCT-DGC<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☒ any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

7. You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.

8. You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation

officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to programming costs in an amount determined by the probation officer.

_Randall Begay_ (signature)
Randall Franklin Begay
Defendant

Date: 10-13-22

_Audrey Bethel_ (signature)
Audrey Bethel
U.S. Probation Officer

Date: 10/13/2022

ORDER OF COURT

Considered and ordered this __18th__ day of __October__, __2022__ and ordered filed and made a part of the records in the above case.

_David G. Campbell_ (signature)
The Honorable David G. Campbell
Senior U.S. District Judge